IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, and UNEMED CORPORATION, | ) ) ) ) | 4:09CV3075 |
| Plaintiffs, | ) ) | |
| V. | ) ) | ORDER |
| SIEMENS HEALTHCARE DIAGNOSTICS, INC., | ) ) ) | |
| Defendant. | ) | |

The parties' joint motion to continue, (filing no. 19), is granted, and defendant's answer or motion under Rules 12(b)(6) or 12(e) of the Federal Rules of Civil Procedure shall be filed on or before October 26, 2009.

DATED this 4th day of September, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge