IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, and UNEMED CORPORATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | 4:09CV3075 |
| v. | ) ) | |
| SIEMENS HEALTHCARE DIAGNOSTICS, INC., | ) ) ) | MEMORANDUM AND ORDER |
| Defendant. | ) ) | |

IT IS ORDERED:

1) The defendant's motion for leave to file an Amended Answer to Complaint and Amended Counterclaims, (filing no. 50), is granted.

2) The defendant's Amended Answer to Complaint and Amended Counterclaims, a copy of which is attached to its motion, shall be filed on or before April 12, 2010.

DATED this 5th day of April, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge