IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, and UNEMED CORPORATION,<br><br>                    Plaintiffs,<br><br>          v.<br><br>SIEMENS HEALTHCARE DIAGNOSTICS, INC.,<br><br>                    Defendant. | 4:09CV3075<br><br><br>MEMORANDUM AND ORDER |

IT IS ORDERED that the parties' stipulation, (filing no. 103), is granted, and

1)   The deadline for final infringement contentions is continued from November 19, 2010, to December 3, 2010.

2)   The deadline for final invalidity contentions and any willfulness is continued from December 10, 2010, to December 24, 2010.

DATED this 23rd day of November, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge