IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, and UNEMED CORPORATION, | )<br>)<br>) |
| Plaintiffs, | )   4:09CV3075<br>)<br>) |
| v. | )   MEMORANDUM AND ORDER<br>) |
| SIEMENS HEALTHCARE DIAGNOSTICS, INC., | )<br>)<br>) |
| Defendant. | ) |

    IT IS ORDERED that the motion to withdraw filed by James A. Daire as counsel of record on behalf of Siemens Healthcare Diagnostics Inc., (filing no. 118), is granted.

    DATED this 8th day of June, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge