IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, and UNEMED CORPORATION, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | 4:09CV3075 |
| v. | ) ) | AMENDED PROGRESSION ORDER |
| SIEMENS HEALTHCARE DIAGNOSTICS, INC., | ) ) ) | |
| Defendant. | ) | |

Pursuant to the Stipulation to Extend Case Progression Deadlines (filing no. 120),

IT IS ORDERED that:

1. Final infringement contentions, (see, U.S. Dist. Ct. Rules E.D. Tex., P.R. 3-6), shall be filed on or before September 2, 2011.

2. Final invalidity contentions and any willfulness disclosures (see, U.S. Dist. Ct. Rules E.D. Tex., P.R. 3-6 & 3-7), shall be filed on or before September 30, 2011.

3. Expert reports shall be served on or before October 21, 2011, as to those issues upon which the disclosing party has the burden of proof.

4. Responsive expert reports shall be served on or before November 18, 2011.

5. The discovery and deposition deadline, including the deadline for deposing experts, is December 21, 2011.

6. The deadline for filing motions to dismiss, motions for summary judgment or motions to exclude expert testimony on Daubert and related grounds is January 13, 2012.

7. The pretrial conference is continued, and will be held before the undersigned magistrate judge, in chambers, on **April 19, 2012 at 10:00 a.m.**

8. The trial of this case is set to commence before the Honorable Richard G. Kopf at 9:00 a.m. on **May 7, 2012**, or as soon thereafter as the case may be called, for a duration of ten (10) trial days, in Courtroom 1, United States Courthouse, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

9. **The parties are advised that no further continuances will be granted absent a substantial showing of good cause and a hearing before the undersigned magistrate judge**.

DATED this 17th day of June, 2011.

BY THE COURT:

s/ Cheryl R. Zwart
United States Magistrate Judge